

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**RECEIVED**

SEP 2 2 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MR. RICKY LEE WEATHERS

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

TOM DART Sheriff
C/O UNSEID Sheriff
C/O CHAINED Sheriff

Case No: **16-cv-7118**
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**     **AMENDED COMPLAINT**

___X___     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

   A.   Name: MR. RICKY LEE WEATHERS

   B.   List all aliases: RICKY YOUNG

   C.   Prisoner identification number: N22016

   D.   Place of present confinement: Cook County Jail

   E.   Address: P.O. BOX 089002 Chicago IL. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.   Defendant: Tom Dart

        Title: Sheriff

        Place of Employment: Cook County Jail

   B.   Defendant: UNSEID

        Title: Sheriff

        Place of Employment: _____

   C.   Defendant: _____

        Title: _____

        Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ~~NONE~~ NONE

B. Approximate date of filing lawsuit: ~~JULY 11, 2016~~ ~~NONE~~ NONE

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE
MR. RICKY LEE WEATHERS

D. List all defendants: ~~TOM DART SHERIFF, C/O UNSELD~~
~~SHERIFF, C/O CHAINED SHERIFF~~ NONE

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ~~COOK COUNTY~~ ~~NONE~~ NONE

F. Name of judge to whom case was assigned: ~~MAGISTRATE JUDGE~~ NONE
~~1:16-CV-7118 JUDGE JOHN Z. LEE, MAGISTRATE~~
~~JUDGE SIDNEY I. SCHENKIER PC 9~~

G. Basic claim made: ~~HURT IN AUTO ACCIDENT CAUSED~~ NONE
~~BY C/O UNSELD.~~

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ~~THIS CASE IS STILL PENDING.~~ NONE

I. Approximate date of disposition: NONE

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Officer Unseld did not seat belt me into the van seat as I requested befor leaving the Cook County Jail for Fantus Hospital and on this day 1-20-16 it had snowed badly officer Unseld (the van driver) begain speeding down the streets towards Fantus Hospital playing loud music looking over his shoulder to the back of the van laughing and playing with the inmates not paying attention to the road at all as he continued to speed and look over his shoulder later this officer Unseld (the van driver) collided with a car that was coming out of a parking space because officer Unseld (the van driver) was not paying attention to the road but looking over his shoulder laughing and playing with the other inmates in the back of the van when the collision accured I felt (Mr. Ricky Lee Weathers) my lower back pop with a

4                                                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Very sharp and deep pain before I whent flying across the back of the van with the other Inmates After the accident unseid (the van driver) and the other officer exited the van leaving myself (MR. Ricky Weathers) and the other Inmates in the van as the van was smoking and myself also the other Inmates could smell smoke and Gas Therefor Myself and the other Inmates began yelling for the officer unseid fearing that a fire would start in the van Instead of coming back to the van % unseid continued on his way away from the van as it smoked not removing Myself or the Inmates from the van. About 45 minutes later or an hour After Inhaling the Smoke and Gas and my lower back Continuing to Throb and Pain an Ambulance pulled up and the fire department yet still Myself and the (detainees) Inmates was not allowed Medical Attention by the Ambulances or Fire department A little later other Cook County Jail van pulled up and All Inmates was taken off the Crashed van and Placed on another van than taken back to the Jail for treatment and X-rays yet I am still in therapy for my Injury.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages in the Amount of 150,000 dollars from each Defendant 150,000 dollars in Punitive damages from each defendant and nominal damages as this Court deems just and Proper against each defendant Jointly and Severally

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 9 day of 16, 20 16

Mr. Ricky Lee Weathers
(Signature of plaintiff or plaintiffs)

MR. RICKY LEE WEATHERS
(Print name)

20150723275
(I.D. Number)

P.O Box 089002
Chicago, IL. 60608
(Address)